JPME

FILED

07 OCT -2 AM 9:47

DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Case No. |
| Plaintiff, | ) | '07 MJ 2355 |
| v. | ) | COMPLAINT FOR VIOLATION OF: |
| **Salvador RAMOS-Lopez** | ) | Title 8, U.S.C., Section 1326; Deported Alien Found in the United States |
| Defendant. | ) | |

The undersigned complainant, being duly sworn, states:

On or about, **September 29, 2007**, within the Southern District of California, defendant, **Salvador RAMOS-Lopez**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Gregory M. Harrison, Immigration & Customs Enforcement, Deportation Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **02nd** DAY OF **October 2007.**

UNITED STATES MAGISTRATE JUDGE

 JPME

**CONTINUATION OF COMPLAINT:**
**NAME: RAMOS-Lopez, Salvador**

## PROBABLE CAUSE STATEMENT

As part of assigned duties of the Detention and Removal Office, Deportation Officers review various sources in order to check on aliens that have been previously removed from the United States. This is done in order to determine if subjects have returned to the United States, in violation of Title 8, United States Code, Section 1326.

On Saturday, September 29, 2007, Officer Koerber of the San Diego Police Department arrested the defendant identified as Salvador RAMOS-Lopez for "DC DRUNK". Subsequently, the defendant was booked into the San Diego County Jail where on Sunday, September 30, 2007 Immigration Enforcement Agent Eric Ewing conducted a field interview, determined the defendant to be a citizen of Mexico and placed an immigration detainer pending his release.

On Monday, October 01, 2007, at approximately 3:33 a.m. the defendant was referred to United States Immigration and Customs Enforcement custody. Deportation Officer Gregory Harrison conducted official record checks in regards to the defendant, which indicated that he was a citizen of Mexico and had been deported from the United States on eight occasions.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed that the defendant has been ordered removed from the United States by an Immigration Judge on or about July 16, 1998 and removed to Mexico via the San Ysidro Port of Entry. Record checks further revealed that the defendant has been issued a re-instatement of removal on numerous occasions, the most recent being on or about March 03, 2007 via the Harlingen Port of Entry. Record checks and statements by the defendant indicate that he had not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System "IDENT" and Automated Fingerprint Identification System "IAFIS" were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as Salvador RAMOS-Lopez, a citizen and national of Mexico. A photograph and a set of fingerprints contained within the official Alien Registration File were also reviewed and compared to the defendant, further confirming his identity.

The defendant was admonished as to his rights per "MIRANDA" and elected to answer questions without counsel present. The defendant acknowledged that he is a citizen of Mexico having no legal right to enter or reside in the United States. The defendant further acknowledged that he was removed from the United States to Mexico on several occasions and had not obtained a waiver in order to re-enter.

Based upon the foregoing information, there is probable cause to believe that Salvador RAMOS-Lopez has illegally re-entered the United States after Deportation, in violation of Title 8 of the United States Code 1326, Deported Alien Found in the United States.