AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

SALVADOR RAMOS-LOPEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 07CR2939-LAB

I, SALVADOR RAMOS-LOPEZ, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 10/30/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x Salvador Ramos
Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER

FILED

OCT 30 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY